**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JEFFERY ALLEN SHOEMAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 14-0265-WS-M** |
| | ) | |
| **GLOVER W. SMITH,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

DONE and ORDERED this 7th day of August, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE